**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

AVID BOOKSHOP LLC,

    *Plaintiff*,

       v.

KEYBO TAYLOR, et al.,

    *Defendants*.

Civil Action File No.:
1:24-cv-1135-TRJ

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON MOTION FOR SUMMARY JUDGMENT
ON FIRST AMENDMENT CHALLENGE**

Plaintiff Avid Bookshop ("Plaintiff") respectfully requests oral argument on its Motion for Summary Judgment (ECF 90), which is now fully briefed. Although the material facts are not in dispute, Plaintiff submits that oral argument would aid the Court in its decisional process. The Motion involves a First Amendment claim of first impression challenging the Gwinnett County Jail's policy of refusing to accept books mailed by bookstores, in violation of *Turner v. Safley*, 482 U.S. 78, 89-90 (1987). Plaintiff believes the Court will benefit from having counsel respond directly to any questions the Court may have about this issue.

Further, the Standing Order in this matter states that "the Court shall grant a request for oral argument on a contested, substantive motion if the request states that an attorney who is less than seven (7) years out of law school will conduct the oral

argument on at least one substantial issue in this case[.]" (ECF 3 at 16-17). Plaintiff requests that oral argument be scheduled to take place before May 8, 2026 such that a law student enrolled in the First Amendment Clinic in the Spring 2026 semester, or a legal fellow employed in the First Amendment Clinic with fewer than five years of post-graduate experience, may conduct the oral argument. Accordingly, Plaintiff submits that there is good cause for the parties to present oral argument and respectfully requests that the Court schedule oral argument on the Motion.

Respectfully submitted this 21st day of January 2026.

/s/ *Clare Norins*
Clare Norins, Director
Georgia Bar No.  575364
cnorins@uga.edu
Christina Lee
New York Bar No. 5921812
admitted *pro hac vice*
FIRST AMENDMENT CLINIC
University of Georgia
School of Law
Post Office Box 388
Athens, Georgia
(706) 542-1419 (phone)

/s/ *Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002
zack@mitchellshapiro.com
MITCHELL SHAPIRO GREENAMYRE &
FUNT LLP
881 Piedmont Ave
Atlanta, GA 30309
404-812-4751 (phone)

*Counsel for Plaintiff Avid Bookshop, LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), I hereby certify that the within and foregoing **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON FIRST AMENDMENT CHALLENGE** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 21st day of January, 2026.

*/s/ Clare R. Norins*
Clare R. Norins
Georgia Bar No. 575364

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 21, 2026, I filed the foregoing **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON FIRST AMENDMENT CHALLENGE** by filing it on ECF in the U.S. Federal District Court for the Northern District of Georgia which caused electronic copies to be served on:

R. David Ware
dware@hallboothsmith.com
Russell A. Britt
rbritt@hallboothsmith.com
Pearson K. Cunningham
pcunningham@hallboothsmith.com
M. Blake Walker
bwalker@hallboothsmith.com
Hall Booth Smith, PC
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

*Attorneys for Defendants*

*/s/ Clare R. Norins*
Clare R. Norins
Georgia Bar No. 575364